| ATTORNEY OR PARTY WITHOUT ATTORNEY (NAME AND ADDRESS) | TELEPHONE NO. | FOR COURT USE ONLY |
|---|---|---|
| JOHN J. HUGHES<br>1200 GOUGH ST.<br>SAN FRANCISCO, CA 94109 | (415) 928-4200 | |
| | REFERENCE NUMBER<br>00033825-10 | |
| ATTORNEY FOR (NAME) | | |

Insert name of court, judicial district or branch court, if any, and post office and street address
United States District Court,

SHORT NAME OF CASE
SMITH vs. CITY AND COUNTY OF SAN FRAN

| PROOF OF SERVICE | DATE: | TIME: | DEPT/DIV: | CASE NUMBER:<br>C 07 2775 BZ |
|---|---|---|---|---|

I am and was on the dates herein mentioned over the age of eighteen years and not a party to this action;

I served the:
Summons & Complaint; Order Setting Initial Case Management Conference; Standing Order; Notice Of Assignment Of Case To A US Magistrate Judge For Trial; Welcome to the U.S. District Court, San Francisco; ECF Registration Information Handout;

        Name: OFF O'CONNOR

Person Served: LOUIS WONG
       Title: AUTHORIZED TO ACCEPT SERVICE


Date of Delivery: June 7, 2007    HDATE:
Time of Delivery: 12:03 pm

Place of Service: 850 BRYANT STREET
                 SAN FRANCISCO, CA 94103          (Business)

Manner of Service:    Personal Service - By Personally Delivering copies to the person on whom the service is required.

Fee for service:    $ 39.50

---

| JUDICIAL COUNCIL FORM, RULE #982 (A)(23) | I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. |
|---|---|
| [X] Registered: . . . . . . . . . . . . . . . County,<br>Number:. . . . . . . . . . . . . . . . . . . . . . . .<br>Expiration Date:<br>    RAPID SERVE<br>    210 Fell Street, # 19<br>    San Francisco, CA 94102<br>    (415) 882-2266 | on: . . . . . . . . . . . June 8, 2007 . . . . . . .,<br>at: . . . . . . . . . . . San Francisco . . . , California.<br><br>Signature: _____<br>Name: KYLE A. WEITZEL<br>Title: |

302/00033825-10