| ATTORNEY OR PARTY WITHOUT ATTORNEY (NAME AND ADDRESS) | TELEPHONE NO. | FOR COURT USE ONLY |
|---|---|---|
| JOHN J. HUGHES<br>1200 GOUGH ST.<br>SAN FRANCISCO, CA  94109 | (415) 928-4200 | |
| ATTORNEY FOR (NAME) | REFERENCE NUMBER<br>00033825-05 | |

Insert name of court, judicial district or branch court, if any, and post office and street address
United States District Court,

| SHORT NAME OF CASE | | | | |
|---|---|---|---|---|
| SMITH vs. CITY AND COUNTY OF SAN FRAN | | | | |
| PROOF OF SERVICE | DATE: | TIME: | DEPT/DIV: | CASE NUMBER:<br>C 07 2775 BZ |

I am and was on the dates herein mentioned over the age of eighteen years and not a party to this action;

I served the:
Summons & Complaint; Order Setting Initial Case Management Conference; Standing Order; Notice Of Assignment Of Case To A US Magistrate Judge For Trial; Welcome to the U.S. District Court, San Francisco; ECF Registration Information Handout;

           Name: OFF. ROBINSON

Person Served: LOUIS WONG
        Title: AUTHORIZED TO ACCEPT SERVICE


Date of Delivery: June 7, 2007    HDATE:
Time of Delivery: 12:03 pm

Place of Service: 850 BRYANT STREET
                  SAN FRANCISCO, CA 94103                    (Business)


Manner of Service:  Personal Service - By Personally Delivering copies to the
                    person on whom the service is required.


Fee for service:  $ 39.50

JUDICIAL COUNCIL FORM, RULE #982 (A)(23)

[X] Registered: . . . . . . . . . . . . . . . . County,
    Number: . . . . . . . . . . . . . . . . . . . .
    Expiration Date:
    RAPID SERVE
    210 Fell Street, # 19
    San Francisco, CA 94102
    (415) 882-2266
    302/00033825-05

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.
on: . . . . . . . . . . June 8, 2007 . . . . . . . ,
at: . . . . . . . . . . San Francisco . . . . , California.

Signature: _____
Name: KYLE A. WEITZEL
Title: