| ATTORNEY OR PARTY WITHOUT ATTORNEY (NAME AND ADDRESS) | TELEPHONE NO. | FOR COURT USE ONLY |
|---|---|---|
| JOHN J. HUGHES<br>1200 GOUGH ST.<br>SAN FRANCISCO, CA 94109 | (415) 928-4200 | |
| ATTORNEY FOR (NAME) | REFERENCE NUMBER<br>00033825-02 | |

Insert name of court, judicial district or branch court, if any, and post office and street address
United States District Court,

SHORT NAME OF CASE
SMITH vs. CITY AND COUNTY OF SAN FRAN

| PROOF OF SERVICE | DATE: | TIME: | DEPT/DIV: | CASE NUMBER:<br>C 07 2775 BZ |
|---|---|---|---|---|

I am and was on the dates herein mentioned over the age of eighteen years and not a party to this action;

I served the:
Summons & Complaint; Order Setting Initial Case Management Conference; Standing Order; Notice Of Assignment Of Case To A US Magistrate Judge For Trial; Welcome to the U.S. District Court, San Francisco; ECF Registration Information Handout;

Name: SGT. BOWER

Date of Delivery: June 7, 2007   HDATE:
Time of Delivery: 11:50 am

Place of Service: 850 BRYANT STREET
SAN FRANCISCO, CA 94103                    (Business)

Manner of Service:   Personal Service - By Personally Delivering copies to the person on whom the service is required.

Fee for service:   $ 39.50

JUDICIAL COUNCIL FORM, RULE #982 (A)(23)

[X] Registered: . . . . . . . . . . . . . . . County,
Number: . . . . . . . . . . . . . . . . . . .
Expiration Date:
RAPID SERVE
210 Fell Street, # 19
San Francisco, CA 94102
(415) 882-2266
302/00033825-02

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.
on: . . . . . . . . . . June 8, 2007 . . . . . . . . . ,
at: . . . . . . . . . . San Francisco . . . . . ., California.

Signature: _____
Name: KYLE A. WEITZEL
Title: