| | |
|---|---|
| 1 | DENNIS J. HERRERA, State Bar #139669 |
|   | City Attorney |
| 2 | JOANNE HOEPER, State Bar #114961 |
|   | Chief Trial Attorney |
| 3 | DONALD P. MARGOLIS, State Bar #116588 |
|   | Deputy City Attorney |
| 4 | Fox Plaza |
|   | 1390 Market Street, Sixth Floor |
| 5 | San Francisco, California 94102-5408 |
|   | Telephone:    (415) 554-3853 |
| 6 | Facsimile:    (415) 554-3837 |
|   | E-Mail:    don.margolis@sfgov.org |

Attorneys for
CITY AND COUNTY OF SAN FRANCISCO AND
CHIEF OF POLICE HEATHER FONG, IN HER OFFICIAL
CAPACITY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CURTISS L. SMITH, | Case No. C 07-2775 BZ |
| Plaintiff, | **DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE AND** |
| vs. | **REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE** |
| CITY AND COUNTY OF SAN FRANCISCO, CHIEF OF POLICE HEATHER FONG, OFF. SUI NGOR TOM, SGT. BOWER, OFF. MARQUEZ, OFF. DILAG, OFF. ROBINSON, OFF. O'DONNELL, OFF. TJIA, SGT. FOX, OFF. MADRID, OFF. O'CONNOR, AND DOES 1 THROUGH 10, | |
| Defendants. | |

REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE

The undersigned parties hereby decline to consent to the assignment of this case to a United States Magistrate Judge for trial and disposition and hereby request the reassignment of this case to a United States District Judge.

///

1

DECLINATION TO PROCEED BEFORE MAGISTRATE, No. C 07-2775 BZ    N:\LIT\LI2007\071541\00420577.DOC

1
2  Dated: June 26, 2007
3
4                                    DENNIS J. HERRERA
                                     City Attorney
5                                    JOANNE HOEPER
                                     Chief Trial Deputy
6                                    DONALD P. MARGOLIS
                                     Deputy City Attorney
7
8                            By:_____
9                                    DONALD P. MARGOLIS
                                     Attorneys for Defendants
10                                   CITY AND COUNTY OF SAN FRANCISCO
                                     AND CHIEF OF POLICE HEATHER FONG, IN
11                                   HER OFFICIAL CAPACITY
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28