**UNITED STATES DISTRICT COURT**
**Northern District of California**
450 Golden Gate Avenue
San Francisco, California 94102

www.cand.uscourts.gov

Richard W. Wieking
Clerk

General Court Number
415.522.2000

**June 28, 2007**

**CASE NUMBER: CV 07-02775 BZ**
**CASE TITLE: CURTIS L. SMITH-v-SF CITY AND COUNTY**

REASSIGNMENT ORDER

GOOD CAUSE APPEARING THEREFOR,

IT IS ORDERED that this case is reassigned to the **SAN FRANCISCO** division.

**Honorable SUSAN ILLSTON** for all further proceedings.

Counsel are instructed that all future filings shall bear the initials **SI** immediately after

the case number.


ALL MATTERS PRESENTLY SCHEDULED FOR HEARING ARE VACATED AND SHOULD BE RENOTICED FOR HEARING BEFORE THE JUDGE TO WHOM THE CASE HAS BEEN REASSIGNED.

Date: 06/28/07

FOR THE EXECUTIVE COMMITTEE:

_____Richard W. Wieking_____
Clerk


NEW CASE FILE CLERK:

Copies to: Courtroom Deputies          Special Projects
Log Book Noted                          Entered in Computer 06/28/07 MAB


CASE SYSTEMS ADMINISTRATOR:
Copies to: All Counsel                  Transferor CSA