UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CURTIS L. SMITH <br><br> Plaintiff, <br><br> v. <br><br> CITY AND COUNTY OF SAN FRANCISCO, ET AL. <br><br> Defendant. | CASE NO. CV C 07-2775 SI <br><br> STIPULATION AND ORDER SELECTING ADR PROCESS |

## I. ADR PROCESS

The parties hereby stipulate to participate in the ADR process checked below *(select one court-connected or private process)*.

**Court-connected ADR processes:**

☐ Arbitration

☐ Non-binding

☐ Binding

☐ Early Neutral Evaluation (ENE)

☐ Early Settlement Conference with a Magistrate Judge

☒ Mediation

**Private ADR process:**

☐ Type of Process: _____

Name, address and phone number of private provider:

_____

_____

_____

STIPULATION AND ORDER SELECTING ADR PROCESS

NDC-ADR5

## II. TIMING FOR ADR PROCESS

[X] **Cases in ENE or Mediation (or similar private process):**

The parties shall conduct the ADR session by December 14, 2007 (no later than 90 days after the date set for the first Case Management Conference unless otherwise ordered under General Order 36, § VII.D.)

[ ] **Cases in Arbitration (court-connected or private):**

The parties shall conduct the Arbitration by _____ (no later than 135 days after the date set for the first Case Management Conference unless otherwise ordered -- the clerk will send the parties a list of arbitrators for ranking within 10 days after the Case Management Conference.)

## III. OTHER STIPULATIONS (e.g. regarding additional disclosures and/or discovery before the ADR session, issues to be addressed in ADR session, etc.)

Dated: 8/27/2007

_____
Plaintiff
Curtiss L. Smith

Dated: August 27, 2007

_____
Defendant
City and County of San Francisco, et al

IT IS SO ORDERED.

Dated: _____

_____
United States District Judge