DENNIS J. HERRERA, State Bar #139669
City Attorney
JOANNE HOEPER, State Bar #114961
Chief Trial Deputy
DONALD P. MARGOLIS, State Bar #116588
Deputy City Attorney
Fox Plaza
1390 Market Street, Sixth Floor
San Francisco, California 94102-5408
Telephone:     (415) 554-3853
Facsimile:      (415) 554-3837
E-Mail:          don.margolis@sfgov.org

Attorneys for Defendants
Kevin O'Donnell, Ann Bower,
Roel Dilag, Jason Fox, Arthur Madrid,
Marcial Marquez, David O'Connor,
Jason Robinson, Frank Tjia,
and Siu Ngor Tom

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CURTISS L. SMITH,<br><br>          Plaintiff,<br><br>     vs.<br><br>CITY AND COUNTY OF SAN FRANCISCO, CHIEF OF POLICE HEATHER FONG, OFF. SUI NGOR TOM, SGT. BOWER, OFF. MARQUEZ, OFF. DILAG, OFF. ROBINSON, OFF. O'DONNELL, OFF. TJIA, SGT. FOX, OFF. MADRID, OFF. O'CONNOR, AND DOES 1 THROUGH 10,<br><br>          Defendants. | Case No. C 07-2775 SI<br><br>**DEFENDANTS' CERTIFICATION OF INTERESTED PERSONS** |

The undersigned certifies that, as of this date, other than the named parties, there is no interest within the meaning of Civil L.R. Rule 3-16 to report.

Dated:  September 10, 2007

                            DENNIS J. HERRERA
                            City Attorney
                            JOANNE HOEPER
                            Chief Trial Deputy
                            DONALD P. MARGOLIS
                            Deputy City Attorney


By:_____
     DONALD P. MARGOLIS

Attorneys for Defendants