UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CIVIL PRETRIAL MINUTES

Date: 9/21/07

Case No.   C-07-2775 SI          Judge:   SUSAN ILLSTON

Title: CURTIS SMITH -v- CITY & CO. OF SAN FRANCISCO

Attorneys: J. Hughes          D. Margolis

Deputy Clerk:  Tracy Sutton   Court Reporter: n/a

**PROCEEDINGS**

1)   Initial Case Management Conference - HELS

2) 

3) 

Order to be prepared by:  (  )Pltf   (  )Deft   (  )Court

Disposition :  ( ) GRANTED, ( ) DENIED, ( ) GRANTED/DENIED IN   ( ) SUBMITTED
                                PART

Case continued to **2/8/08    @ 2:30 p.m.** for Further Case Management Conference

Case continued to **7/25/08    @ 9:00 a.m.**   for Motions
(Motion due **6/20/087**, Opposition **7/7/08** Reply **7/14/08**)

Case continued to **9/9/08    @ 3:30 p.m.**  for Pretrial Conference

Case continued to **9/22/08   @ 8:30 a.m.**  for Trial (jury:8  Days)
Discovery Cutoff: 5/16/08  Designate Experts by: 6/2/08, Rebuttal Experts:n/a, Expert Discovery Cutoff: 6/20/08

ORDERED AFTER HEARING: The Court will not bifurcate the Monell discovery at this time. The mediation shall be completed by the end of January 2008.

Cc: ADR

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CIVIL PRETRIAL MINUTES

Date: 9/21/07

Case No.   C-07-2775 SI          Judge:   SUSAN ILLSTON

Title: CURTIS SMITH -v- CITY & CO. OF SAN FRANCISCO

Attorneys: J. Hughes          D. Margolis

Deputy Clerk:  Tracy Sutton   Court Reporter: n/a

## PROCEEDINGS

1)   Initial Case Management Conference - HELS

2)

3)

Order to be prepared by:  ( )Pltf   ( )Deft   ( )Court

Disposition :  ( ) GRANTED, ( ) DENIED, ( ) GRANTED/DENIED IN   ( ) SUBMITTED
                           PART

Case continued to **2/8/08    @ 2:30 p.m.** for Further Case Management Conference

Case continued to **7/25/08    @ 9:00 a.m.**   for Motions
(Motion due **6/20/087**, Opposition **7/7/08** Reply **7/14/08**)

Case continued to **9/9/08   @ 3:30 p.m.**   for Pretrial Conference

Case continued to **9/22/08   @ 8:30 a.m.**   for Trial (jury:8  Days)
Discovery Cutoff: 5/16/08  Designate Experts by: 6/2/08, Rebuttal Experts:n/a, Expert Discovery Cutoff: 6/20/08

ORDERED AFTER HEARING: The Court will not bifurcate the Monell discovery at this time. The mediation shall be completed by the end of January 2008.

Cc: ADR