IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CURTIS L. SMITH,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>SF CITY AND COUNTY,<br><br>　　　　Defendant.<br>　　　　　　　　　　　　　　　　／ | No. C 07-02775 SI<br><br>**PRETRIAL PREPARATION ORDER** |

It is hereby **ORDERED** pursuant to F.R.C.P. and the Local Rules of this Court:

FURTHER CASE MANAGEMENT: February 8, 2008 at 2:30 p.m.
Counsel *must* file a joint case management statement seven days in advance of the conference.

DISCOVERY PLAN:  Per F.R.Civ.P and Local Rules, subject to any provisions below.

NON-EXPERT DISCOVERY CUTOFF is May 16, 2008.

DESIGNATION OF EXPERTS: 6/2/08; REBUTTAL: n/a.
　　　Parties **SHALL** conform to Rule 26(a)(2).

EXPERT DISCOVERY CUTOFF is June 20, 2008.

DISPOSITIVE MOTIONS **SHALL** be filed by June 20, 2008;

　　　Opp. Due July 7, 2008;  Reply Due July 14, 2008;

　　　 and set for hearing no later than July 25, 2008 at 9:00 AM.

PRETRIAL CONFERENCE DATE: September 9, 2008 at 3:30 PM.

JURY TRIAL DATE: September 22, 2008 at 8:30 AM.,
　　　Courtroom 10, 19th floor.

TRIAL LENGTH is estimated to be eight days.

SPECIAL DISCOVERY AND PRETRIAL PROVISIONS:
The Court will not bifurcate the Monell discovery at this time.
The mediation shall be completed by the end of January 2008.

The pretrial conference **SHALL** be attended by trial counsel prepared to discuss all aspects of the case, including settlement.  Parties **SHALL** conform to the attached instructions.  Plaintiff is ORDERED to serve a copy of this order on any party subsequently joined in this action.

Dated:　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　／s／ Susan Illston
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　SUSAN ILLSTON
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge