1  DENNIS J. HERRERA, State Bar #139669
   City Attorney
2  JOANNE HOEPER, State Bar #114961
   Chief Trial Deputy
3  DONALD P. MARGOLIS, State Bar #116588
   Deputy City Attorney
4  Fox Plaza
   1390 Market Street, Sixth Floor
5  San Francisco, California 94102-5408
   Telephone:    (415) 554-3853
6  Facsimile:    (415) 554-3837
   E-Mail:       don.margolis@sfgov.org
7

8  Attorneys for Defendants
   CITY AND COUNTY OF SAN FRANCISCO
9

10

11                UNITED STATES DISTRICT COURT

12                NORTHERN DISTRICT OF CALIFORNIA

13 | CURTIS L. SMITH,                          | Case No. C 07-2775 SI
14 |         Plaintiff,                         | **STIPULATION AND (PROPOSED)**
   |                                            | **ORDER DISMISSING CERTAIN**
15 |    vs.                                    | **INDIVIDUAL DEFENDANTS**
16 | CITY AND COUNTY OF SAN
   | FRANCISCO, CHIEF OF POLICE                 | Trial Date:    September 22, 2008
17 | HEATHER FONG, OFF. SUI NGOR
   | TOM, SGT. BOWER, OFF. MARQUEZ,
18 | OFF. DILAG, OFF. ROBINSON, OFF.
   | O'DONNELL, OFF. TJIA, SGT. FOX,
19 | OFF. MADRID, OFF. O'CONNOR, AND
   | DOES 1 THROUGH 10,
20 |
   |         Defendants.
21

22

23      The parties to this action, through their attorneys of record, stipulate to the entry of an order as

24 follows:

25      1.    The Court shall dismiss this action against the following defendants without prejudice:

26 Arthur Madrid, David O'Connor, and Frank Tjia.

27      2.    Should plaintiff decide to revive this case against any of the the dismissed defendants,

28 such defendant or defendants shall appear by re-answering the complaint on 20 days notice by

Stip and Proposed Order Dismissing Certain Defs        1              n:\lit\li2007\071541\00450957.doc
Smith v. CCSF, et al.; Case No. C-07-2775 SI

plaintiff's counsel, and shall not rely on the passage of time between their dismissal and the reactivation of the case against them to argue any defense on the basis of the statute of limitations.

3. Whether or not the action is revived against any of the dismissed defendants, such defendants shall appear by notice to appear, without the need for a subpoena, should plaintiff wish to take their testimony at deposition or trial.

Dated: November 26, 2007

LAW OFFICES OF JOHN J. HUGHES

By: _____
JOHN J. HUGHES
Attorneys for Plaintiff

Dated: November 21, 2007

DENNIS J. HERRERA
City Attorney
JOANNE HOEPER
Chief Trial Deputy
DONALD P. MARGOLIS
Deputy City Attorney

By: _____
DONALD P. MARGOLIS
Attorneys for Defendants

Based on the parties' stipulation, and the Court finding good cause therefor,

**IT IS SO ORDERED.**

Dated: November ___, 2007

By: _____
Honorable Susan Illston