DENNIS J. HERRERA, State Bar #139669
City Attorney
JOANNE HOEPER, State Bar #114961
Chief Trial Deputy
DONALD P. MARGOLIS, State Bar #116588
Deputy City Attorney
Fox Plaza
1390 Market Street, Sixth Floor
San Francisco, California 94102-5408
Telephone:     (415) 554-3853
Facsimile:      (415) 554-3837
E-Mail:          don.margolis@sfgov.org

Attorneys for Defendants
CITY AND COUNTY OF SAN FRANCISCO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CURTIS L. SMITH,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>CITY AND COUNTY OF SAN FRANCISCO, CHIEF OF POLICE HEATHER FONG, OFF. SUI NGOR TOM, SGT. BOWER, OFF. MARQUEZ, OFF. DILAG, OFF. ROBINSON, OFF. O'DONNELL, OFF. TJIA, SGT. FOX, OFF. MADRID, OFF. O'CONNOR, AND DOES 1 THROUGH 10,<br><br>　　　　　Defendants. | Case No. C 07-2775 SI<br><br>**STIPULATION AND (PROPOSED) ORDER DISMISSING CERTAIN INDIVIDUAL DEFENDANTS**<br><br>Trial Date:　　　　September 22, 2008 |

　　　　The parties to this action, through their attorneys of record, stipulate to the entry of an order as follows:

　　　　1.　　The Court shall dismiss this action against the following defendants without prejudice: Arthur Madrid, David O'Connor, and Frank Tjia.

　　　　2.　　Should plaintiff decide to revive this case against any of the the dismissed defendants, such defendant or defendants shall appear by re-answering the complaint on 20 days notice by

Stip and Proposed Order Dismissing Certain Defs　　　　　1　　　　　　　　　　n:\lit\li2007\071541\00450957.doc
Smith v. CCSF, et al.; Case No. C-07-2775 SI

1 plaintiff's counsel, and shall not rely on the passage of time between their dismissal and the
2 reactivation of the case against them to argue any defense on the basis of the statute of limitations.
3       3.     Whether or not the action is revived against any of the dismissed defendants, such
4 defendants shall appear by notice to appear, without the need for a subpoena, should plaintiff wish to
5 take their testimony at deposition or trial.

Dated: November 26, 2007

LAW OFFICES OF JOHN J. HUGHES

By: /s/ John J. Hughes
JOHN J. HUGHES
Attorneys for Plaintiff

Dated: November 21, 2007

DENNIS J. HERRERA
City Attorney
JOANNE HOEPER
Chief Trial Deputy
DONALD P. MARGOLIS
Deputy City Attorney

By: /s/ Donald P. Margolis
DONALD P. MARGOLIS
Attorneys for Defendants

Based on the parties' stipulation, and the Court finding good cause therefor,

**IT IS SO ORDERED.**

Dec. 3, 2007
Dated: November ___, 2007

By: /s/ Susan Illston
Honorable Susan Illston

Stip and Proposed Order Dismissing Certain Defs
Smith v. CCSF, et al.; Case No. C-07-2775 SI     2     n:\lit\li2007\071541\00450957.doc