|   |   |
|---|---|
|   | **FILED**<br>JAN 2 4 2008<br>RICHARD W. WIEKING<br>CLERK, U.S. DISTRICT COURT<br>NORTHERN DISTRICT OF CALIFORNIA |

## UNITED STATES DISTRICT COURT

### Northern District of California

| | |
|---|---|
| Smith,<br><br>        Plaintiff(s),<br><br>    v.<br><br>City & County of San Francisco,<br><br>        Defendant(s). | No. C 07-02775 SI MED<br><br>**Certification of ADR Session** |

*Instructions:* The neutral shall submit this Certification to the ADR unit within 10 days after completing an ADR Session. The ADR unit will file-stamp the Certification and place it in the court file.

1. I hereby certify that the parties in this matter held a ☒ Mediation or ☐ ENE session on (date) __1/22/08__

2. Did the case settle?    ☐ fully    ☐ partially    ☒ no

3. If the case did not settle fully, is any follow-up contemplated?

    ☐ another session scheduled for (date) _____

    ☐ phone discussions expected by (date) _____

    ☒ no

4. **IS THIS ADR PROCESS COMPLETED?**    ☒ YES    ☐ NO

Dated: __1/22/08__        _____
                                Mediator, Eric Ivary
                                1999 Harrison St., Suite 1600
                                Oakland, CA 94612

**Certification of ADR Session**
07-02775 SI MED