UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CIVIL PRETRIAL MINUTES

Date: 2/8/08

Case No.   C-07-2775 SI            Judge:   SUSAN ILLSTON

Title: CURTIS SMITH -v- CITY & CO. OF SAN FRANCISCO

Attorneys: J. Hughes          D. Margolis

Deputy Clerk: Tracy Sutton   Court Reporter: n/a

**PROCEEDINGS**

1)   Further Case Management Conference - HELD

2) _____

3) _____

Order to be prepared by:  ( )Pltf   ( )Deft   ( )Court

Disposition :  ( ) GRANTED, ( ) DENIED, ( ) GRANTED/DENIED IN   ( ) SUBMITTED
                                    PART

Case continued to **5/30/08 @ 2:30 p.m.** for Further Case Management Conference

ORDERED AFTER HEARING: