1  John J. Hughes, Cal. State Bar #96481
   LAW OFFICE OF JOHN J. HUGHES
2  Number One Cathedral Hill Tower
   1200 Gough Street
3  San Francisco, CA  94109
   (415) 928-42000; Fax (415) 928-4264
4  Email: sealawyer@sbcglobal.net
   Attorney for Plaintiff
5  Curtis L. Smith

6                  UNITED STATES DISTRICT COURT

7            FOR THE NORTHERN DISTRICT OF CALIFORNIA

8                    SAN FRANCISCO DIVISION

9                                )    CASE NO.: C 07-2775 SI
   CURTIS L. SMITH,              )
10                                )    STIPULATION FOR DISMISSAL;
                 Plaintiff,       )    ORDER
11                                )
       - vs -                     )
12                                )
   CITY AND COUNTY OF SAN         )
13 FRANCISCO, *et al.*            )
                                  )
14               Defendants.      )
   _____ )
15

16 / / /

17 / / /

18 / / /

19 / / /

20 / / /

21 / / /

22 / / /

23 / / /

24 / / /

25 / / /

26 / / /

27 / / /

28 / / /

1        This case having been fully compromised and settled, the parties hereby stipulate pursuant to

2    F.R.C.P. Rule 41(a) and request the Court to order that this action be fully dismissed with prejudice,

3    each party to bear its own costs.

4    Dated: May 27, 2008

5                                   LAW OFFICE OF JOHN J. HUGHES

6

7                                   By:_____/S/ John J. Hughes_____

8                                       John J. Hughes
                                 Attorney for Plaintiff

9                           [The filer of this document attests that concurrence in the filing of
                       this document has been obtained from defendant's attorney below,
                       and shall serve in lieu of his signature.]

10

11    Dated: May 27, 2008

12                                   DENNIS J. HERRERA, City Attorney
                               JOANNE HOEPER, Chief Trial Deputy

13                                   DONALD P. MARGOLIS, Deputy City Attorney

14

15                                   By:_____/S/_____
                                 DONALD P. MARGOLIS

16                                     Attorneys for Defendants

17    PURSUANT TO STIPULATION IT IS SO ORDERED.

18    Dated: _____

19

20                                   _____
                               Hon. Susan Illston
                               U.S. DISTRICT JUDGE

21

22

23

24

25

26

27

28