1  John J. Hughes, Cal. State Bar #96481
   LAW OFFICE OF JOHN J. HUGHES
2  Number One Cathedral Hill Tower
   1200 Gough Street
3  San Francisco, CA  94109
   (415) 928-42000; Fax (415) 928-4264
4  Email: sealawyer@sbcglobal.net
   Attorney for Plaintiff
5  Curtis L. Smith

6                    UNITED STATES DISTRICT COURT

7              FOR THE NORTHERN DISTRICT OF CALIFORNIA

8                       SAN FRANCISCO DIVISION

9  CURTIS L. SMITH,              )   **CASE NO.:** C 07-2775 SI
                                  )
10                                )   **STIPULATION FOR DISMISSAL;**
              Plaintiff,          )   **ORDER**
11                                )
       - vs -                     )
12                                )
   CITY AND COUNTY OF SAN         )
13 FRANCISCO, *et al.*            )
                                  )
14            Defendants.         )
   _____)

15

16 / / /

17 / / /

18 / / /

19 / / /

20 / / /

21 / / /

22 / / /

23 / / /

24 / / /

25 / / /

26 / / /

27 / / /

28 / / /

---

1  This case having been fully compromised and settled, the parties hereby stipulate pursuant to
2  F.R.C.P. Rule 41(a) and request the Court to order that this action be fully dismissed with prejudice,
3  each party to bear its own costs.

4  Dated: May 27, 2008

5  LAW OFFICE OF JOHN J. HUGHES

7  By:_____/S/ John J. Hughes_____
   John J. Hughes
8  Attorney for Plaintiff

   [The filer of this document attests that concurrence in the filing of
9  this document has been obtained from defendant's attorney below,
   and shall serve in lieu of his signature.]

11 Dated: May 27, 2008

12 DENNIS J. HERRERA, City Attorney
   JOANNE HOEPER, Chief Trial Deputy
13 DONALD P. MARGOLIS, Deputy City Attorney

15 By:_____/S/_____
   DONALD P. MARGOLIS
16 Attorneys for Defendants

17 PURSUANT TO STIPULATION IT IS SO ORDERED.

18 Dated: _____

   _____
20 Hon. Susan Illston
   U.S. DISTRICT JUDGE